COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:       01-15-00829-CV

Style:       Tamuno Ifiesimama & Tamunnoibuomi Ifiesimama v. Daniel A. Haile

      & Wonglewit K. Alamu

Date motion filed*:       February 1, 2016

Type of motion:       Motion for Enlargement of Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's Brief

Is appeal accelerated?       No.

If motion to extend time:

      Original due date:       February 1, 2016

      Number of extensions granted:       0       Current Due Date: February 1, 2016

      Date Requested:       N/A (no date requested)

Ordered that motion is:

      ☐ Granted

          If document is to be filed, document due:

      ☑ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

      Appellant's motion to re-calendar the briefing period to commence from the date of the

      filing of the supplemental reporter's record on the hearing for his motion for new trial

      in this Court, construed as an indefinite extension request, is **denied without prejudice**

      to refiling an extension request that includes a specific length of the extension sought.

      *See* TEX. R. APP. P. 10.5(b)(1)(B).

Judge's signature: /s/ Evelyn V. Keyes

          ☒ Acting individually

Date: February 9, 2016